UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICO FORD, INC.,<br><br>Defendant. | CIVIL ACTION NO: 2:18-cv-00431-TJS |

## STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties in this lawsuit, through their respective attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule of Civil Procedure 41.1(b), that all claims asserted in the lawsuit against Defendant by Plaintiff are **DISMISSED WITH PREJUDICE** and without costs or attorneys' fees to any party. Please dismiss the Complaint and this lawsuit in their entirety, with prejudice.

_____
Graham Baird, Esq.
LAW OFFICES OF ERIC SHORE
1500 John F. Kennedy, Blvd, Suite 1240
Philadelphia, PA 19103
Counsel for Plaintiff
Dated: ~~September 7~~, 2018
October

_____
Nichoals J. Repici, Esq.
GENOVA BURNS LLC
1600 Market Street, Suite 3800
Philadelphia, PA 19103
Counsel for Defendant
Dated: ~~September~~, 2018
December 27

**APPROVED:**

_____, J.

1